JOHN GIORDANO, Respondent, v. SEAMAN TRUCKING COMPANY, INC., et al., Appellants.— Action to recover damages for personal injuries suffered by the driver of a bus, which was struck in the front by an oncoming truck, and

after such collision, the right rear of the bus was in contact with the side of appellants' trailer truck. Judgment, entered on the verdict of a jury in favor of plaintiff, reversed on the law and the facts and a new trial granted, with costs to abide the event. The verdict is against the weight of the credible evidence. Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.